```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Andriy Taran,**

**Plaintiff,**

**-against-**

**Andrew K. Bouren and Mr. Bult's, Inc.,**

**Defendants.**

**1:22-cv-10412 (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, December 8, 2023, at 11:30 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:      New York, New York
            November 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge