```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andriy Taran,

                Plaintiff,

-against-

Andrew K. Bouren and Mr. Bult's, Inc.,

                Defendants.

1:22-cv-10412 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. The parties shall exchange expert reports no later than January 12, 2024.

2. The deadline for all discovery (inclusive of expert discovery) is February 13, 2024.

3. Further extensions shall be granted only for exigent circumstances and then only for a limited purpose.

**SO ORDERED.**

Dated:    New York, New York
            December 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge