UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRIY TARAN,

                Plaintiff,

-v-

MR. BULT'S, INC. and ANDREW K. BOUREN,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 10412 (SDA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 34). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, January 25, 2024 at 2:15 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
            January 23, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge